| Trustee Name, Address, Phone, Fax, Email: | |
|---|---|
| Ronald K. Kotoshirodo, Esq.<br>Attorney At Law * A Law Corporation<br>76 N. King Street, Suite 209<br>Honolulu, Hawaii 96817<br>Telephone: (808) 545-7700<br>Fax: (808) 545-7100<br>E-mail: rkotoshirodo@hawaii.rr.com | FILED<br>U.S. BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>2010 OCT -1 P 12:04<br>MICHAEL B. DOWLING<br>CLERK OF COURT |

| Debtor(s): | FONG, HIRAM LEONG<br>FONG, ELLYN LO | Case No.: 03-00674 |
|---|---|---|
| | | Chapter 7 |

## NOTICE OF DEPOSIT OF UNCLAIMED FUNDS

| Total funds being deposited with the court pursuant to Fed. R. Bankr. P. 3011:<br>This amount represents unclaimed funds on the claim(s) listed below. | $ 4,806.90 |
|---|---|

*[List claimants for unclaimed funds below - attach continuation sheets if necessary.]*

| Claim No. | Claimant Name and Address | Amount |
|---|---|---|
| 3 | CHASE MANHATTAN BANK USA, N.A.<br>C/O CHASE BANKCARD SERVICES, INC.<br>P.O. BOX 52176<br>PHOENIX, AZ 85072-2176 | $ 4,806.90 |
| | | $ |
| | | $ |
| | | $ |

Dated: October 1, 2010

/s/ _____
Trustee

hib_3011ntc    2/07        [ECF: Trustee/US Trustee ... Notice of Deposit of Unclaimed Funds]

U.S. Bankruptcy Court - Hawaii  #03-00674   Dkt # 881   Filed 10/01/10   Page 1 of 1